PHILIPPINE NATIONAL BANK, Appellant, v. BOWRING & COMPANY, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM KESSLER, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE NORMA COMPANY OF AMERICA, Respondent, v. EDWIN A. PERKINS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALICE M. MERCHANT, Respondent, v. BLACK & WHITE & TOWN TAXIS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GUISEPPE BICO, Appellant, v. DAVID STEVENSON BREWING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PATRICK J. SULLIVAN, Appellant, v. DOMINIC PIRONE, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BIRD S. COLER, as Commissioner of Public Charities of the City of New York, on the Complaint of OLLIE BOURNE, Respondent, v. OCTAVUS E. WATERS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PARSONS TRADING COMPANY, Appellant, Respondent, v. SAMUEL D. HOFFMAN and Others, Respondents, Appellants.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant, v. SIGMUND ADLER and Another, Individually and as Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MONUS JACOBSON, Respondent, v. HENRY LAZARUS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANK S. BIRT, Appellant, v. THAMES RIVER WOOLEN MILLS, INC., Respondent.— Order reversed, with ten dollars costs and disbursements; motion denied, with ten dollars costs; and original order for examination reinstated. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. WILLIAM G. TRUFANT, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.